BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV  89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REBEKAH SAENZ-ZAMORA, as Individual Assignee of Rights of BRIAN ORTIZ-PAZ and ERIKA ORTIZ-PAZ,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN ACCESS CASUALTY COMPANY, now owned by KEMPER INSURANCE, a foreign corporation; DOES 1-10 and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-00251-ART-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THE FOLLOWING CAUSES OF ACTION AND DAMAGES CLAIM:**<br><br>1. **Negligent and Reckless Hiring, Training, Supervision, and Retention of Employees;**<br><br>2. **Breach of Fiduciary Duty;**<br><br>3. **Damages Claim for Emotional Distress.** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff REBEKAH SAENZ-ZAMORA, by and through her attorney of record, Justin A. Corne, Esq., of the law firm OHLSON CORNE LLP, and Defendant AMERICAN ACCESS CASUALTY COMPANY, by and through its attorney of record, Sean D. Cooney, Esq., of COONEY FORBUSH PLLC, as follows:

1. Plaintiff's Fourth Cause of Action for Negligent Hiring, Training, Supervision, and Retention of Employees against Defendant AMERICAN ACCESS CASUALTY COMPANY is dismissed.

- 1 -

2. Plaintiff's Sixth Cause of Action for Breach of Fiduciary Duty against Defendant AMERICAN ACCESS CASUALTY COMPANY is dismissed.

3. Plaintiff's Claim for Emotional Distress damages against Defendant AMERICAN ACCESS CASUALTY COMPANY is dismissed.

4. On or before March 20, 2026, Plaintiff shall file an amended Complaint removing the Fourth Cause of Action, the Sixth Cause of Action and removing Plaintiff's Damages Claim for Emotional Distress.

5. Upon filing the First Amended Complaint, Defendant will have 14 days to file its Answer.

6. Upon the entering of this stipulation and order, Defendant's February 20, 2026, Motion to Dismiss shall be deemed MOOT and withdrawn, and a hearing will not be set.

**IT IS SO STIPULATED.**

DATED this 5th day of March 2026.       DATED this 5th day of March, 2026.
**OHLSON CORNE LLP**            **COONEY FORBUSH PLLC**

_____      /s/ Sean Cooney /s/
JUSTIN CORNE, ESQ.              SEAN D. COONEY, ESQ.
Nevada Bar No 14504              Nevada Bar No. 12945
10100 W. Charleston Blvd., Suite 110    4045 Spencer Street Suite A47
Las Vegas, Nevada 89135         Las Vegas, Nevada 89119
*Attorney for Plaintiff*              *Attorney for Defendant*

## ORDER

**GOOD CAUSE APPEARING**, and based upon the parties' Stipulation,

**IT IS HEREBY ORDERED** that the Fourth Cause of Action in Plaintiff's Complaint against Defendant AMERICAN ACCESS CASUALTY COMPANY is dismissed.

**IT IS HEREBY ORDERED** that the Sixth Cause of Action in Plaintiff's Complaint against Defendant AMERICAN ACCESS CASUALTY COMPANY is dismissed.

**IT IS HEREBY ORDERED** that the Plaintiff's Damages Claim for Emotional Distress damages against Defendant AMERICAN ACCESS CASUALTY COMPANY is dismissed.

**IT IS FURTHER ORDERED** that the Plaintiff is granted leave to file a First Amended Complaint on or before April 6, 2026, for the sole purpose of removing the Fourth Cause of Action, Sixth Cause of Action and Damage Claim for Emotional Distress consistent with the agreement expressed herein.

**IT IS FURTHER ORDERED** that Defendant AMERICAN ACCESS CASUALTY COMPANY's Motion to Dismiss is deemed **MOOT** and a hearing shall not be set.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:**   March 30, 2026

- 3 -

| | |
|---|---|
| **From:** | Sean D. Cooney |
| **To:** | Justin Corne |
| **Cc:** | Anthony Velasquez; Sam Snyder |
| **Subject:** | RE: (Bennett v. Ortiz-Paz) Assignment lawsuit filed against American Access. |
| **Date:** | Thursday, March 5, 2026 2:24:24 PM |
| **Attachments:** | image001.png |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You use my e-signature.  Thank you for preparing this.

Sean D. Cooney | Partner



4045 Spencer Street, A47
Las Vegas, NV 89119
T: 702-421-0111
Direct Dial & Text Msg: 702-546-0288
F: 702-516-1033

**OUR FIRM NAME AND EMAILS HAVE CHANGED!** Please update your address books.
Our address and phone numbers remain the same.

**From:** Justin Corne <Justin@injured.vegas>
**Sent:** Thursday, March 5, 2026 12:43 PM
**To:** Sean D. Cooney <seanc@cooneyforbush.com>
**Cc:** Anthony Velasquez <anthony@cooneyforbush.com>; Sam Snyder <Sam@injured.vegas>
**Subject:** RE: (Bennett v. Ortiz-Paz) Assignment lawsuit filed against American Access.

I've accepted the changes and put the date to file the amended complaint as 3/20/26 (two weeks form tomorrow) although I think I'll have it filed sooner.
Let me know if you are agreeable.


Best regards,

Justin Corne, Esq.
Ohlson Corne LLP